# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-21-00220-CV

**In re Armando Ramos**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Armando Ramos, an inmate in the Texas Department of Criminal Justice, has filed a pro se petition for writ of mandamus. Ramos requests that this Court compel the Board of Pardons and Paroles to address his motion for special review and to follow the laws, policies, and rules of the requirements for parole review in his case.

By statute, this Court has no authority to issue a writ of mandamus against these State officials unless required to enforce our jurisdiction. *See* Tex. Gov't Code § 22.221 (establishing that intermediate appellate courts have jurisdiction to issue writs of mandamus only against certain types of judges and to enforce appellate courts' own jurisdiction); *In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding) (per curiam). Ramos has not demonstrated that the requested relief is necessary to enforce our appellate jurisdiction. *See In re Clark*, No. 03-20-00281-CV, 2020 WL 3582897, at *1 (Tex. App.—Austin July 2, 2020, orig. proceeding) (mem. op.) (dismissing petition seeking to compel parole board officials to consider special review and to comply with state laws). Accordingly, we dismiss his petition for writ of mandamus for want of jurisdiction.

_____

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed:  May 21, 2021